1

2

3

4

5

6

7

8                      **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    EDWARD GOMEZ,                         No.  2:20-CV-0757-TLN-DMC-P

12              Plaintiff,

13         v.                               <u>ORDER</u>

14    A. RAMIREZ, et al.,

15              Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42

18    U.S.C. § 1983.  Pending before the Court is Defendants' motion, ECF No. 36, for screening.

19              Plaintiff filed his first amended complaint in this action on September 8, 2021.

20    <u>See</u> ECF No. 23.  On November 29, 2021, Defendants filed a motion to dismiss.  <u>See</u> ECF No.

21    29.  On June 6, 2022, the Court issued findings and recommendations that Defendants' motion to

22    dismiss be granted and that Plaintiff be provided an opportunity to file a second amended

23    complaint.  <u>See</u> ECF No. 34.  No objections to the findings and recommendations were filed and

24    the matter is now before the District Judge.

25              On August 4, 2022, Plaintiff prematurely filed a second amended complaint.  <u>See</u>

26    ECF No. 35.  In the currently pending motion for screening, Defendants ask the Court to screen

27    the second amended complaint before they are required to respond.  <u>See</u> ECF No. 36.  This

28    request is granted.  Not only is the August 4, 2022, second amended complaint premature, it was

                                            1

filed absent an order from the District Judge granting leave to do so.  For these reasons, the Court agrees with Defendants that they should not be required to respond at this time.  The Court will direct a response, if appropriate, following resolution of Defendants' motion to dismiss by the District Judge.

IT IS SO ORDERED.

Dated:  September 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2