IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDWARD GOMEZ,** | 2:20-cv-00757-TLN-DMC-P |
| Plaintiff, | **ORDER** |
| **v.** | |
| **A. RAMIREZ, et al.,** | |
| Defendants. | |

Defendants R. Yepez, A. Ramirez, and L. Eldridge filed a Motion requesting that the Court screen Plaintiff's Third Amended Complaint (ECF No. 40) pursuant 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c).  Defendants' motion is granted, and the Court will screen the Third Amended Complaint and will subsequently issue an order.

Dated:  October 12, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1