IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDWARD GOMEZ,** | 2:20-cv-0757-TLN-DMC-P |
| Plaintiff, | **Order** |
| v. | |
| **A. RAMIREZ, et al.,** | |
| Defendants. | |

Defendants Ramirez and Charles filed a notice to withdraw their previous discovery motion and a motion to amend the scheduling order. See ECF No. 53. Good cause appearing, Defendants' motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion to withdraw their previous motion to compel and to amend the scheduling order, ECF No. 53, is granted.

2. The Clerk of the Court is directed to terminate ECF No. 50 as a pending motion.

3. The parties may conduct discovery until September 4, 2025, consistent with the provisions of the Court's October 4, 2024, discovery and scheduling order.

4. Dispositive motions are due within 120 after September 4, 2025.

Dated: June 9, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE