**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD GOMEZ, | No. 2:20-CV-0757-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| A. RAMIREZ, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.

On January 15, 2026, the undersigned issued findings and recommendations that Defendants' motion for terminating sanctions be denied. See ECF No. 56. On February 26, 2026, this matter was reassigned to the undersigned pursuant to the consent of all parties. See ECF No. 60. The Court, therefore, will by this order deny Defendants' motion for terminating sanctions for the reasons set forth in the January 15, 2026, findings and recommendations.

A review of the docket further reflects that Plaintiff has not submitted a trial readiness status report within the time provided in the Court's January 15, 2026, order. Plaintiff will, therefore, be directed to show cause why this action should not be dismissed for lack of prosecution and failure to comply with the Court's rules and orders.

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

    1.    Defendants' motion for terminating sanctions, ECF No. 55, is denied.

    2.    The Clerk of the Court is directed to terminate ECF Nos. 55 and 56.

    3.    Plaintiff shall show cause in writing within 30 days of the date of this order why this action should not be dismissed for failure to file a status report within the time provided in the Court's January 15, 2026, order.

Dated:  February 26, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE